IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED 7/11/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, JAMES SMITH, PAMELA MARY STARKE, ESTATE OF CLYDE R. SMITH JR., CLYDE SMITH COMPANY, ESTATE OF GILMER H. SMITH, SMITH BROTHERS RANCH, MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>Defendants. | No. CV-19-27-BU-SEH<br><br>ORDER |

On July 10, 2019, Plaintiff filed a Motion for Order to Deposit Funds with the Court.[1] Nothing in the motion discloses compliance with the requirements of

---

[1] Doc. 4.

L.R. 67.1(b)(1).

ORDERED:

Plaintiff's Motion for Order to Deposit Funds[2] is DENIED without prejudice to renewal in appropriate form.

DATED this 11th day of July, 2019.

SAM E. HADDON
United States District Court

---

[2] Doc. 4.