

JUL 1 6 2019

Clerk, U S District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>        Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, JAMES SMITH, PAMELA MARY STARKE, ESTATE OF CLYDE R. SMITH JR., CLYDE SMITH COMPANY, ESTATE OF GILMER H. SMITH, SMITH BROTHERS RANCH, MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>        Defendants. | No. CV-19-27-BU-SEH<br><br>ORDER |

On July 10, 2019, Plaintiff filed an amended Motion for Order to Deposit Funds with the Court.[1]

---

[1] Doc. 6.

-1-

ORDERED:

1. Interpleader-Plaintiff shall pay $93,311.77 and any other funds that may come due, to the Clerk of Court of the United States District Court for the District of Montana, Butte Division.

2. The money shall be deposited with the Court Registry Investment System (CRIS) as Disputed Ownership Funds (DOF) in an interest bearing account.

3. The Administrative Office of the United States Courts shall be able to deduct from the income earned on the investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts, whenever such income becomes available for deduction and without further order of the Court.

4. Interpleader-Plaintiff shall forthwith file the tax identification number of the depositor under seal in a separate document.

DATED this 16th day of July, 2019.

SAM E. HADDON
United States District Court