# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

FILED
11/4/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>    Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, JAMES SMITH, PAMELA MARY STARKE, ESTATE OF CLYDE R. SMITH JR., CLYDE SMITH COMPANY, ESTATE OF GILMER H. SMITH, SMITH BROTHERS RANCH, MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>    Defendants. | No. CV-19-27-BU-SEH<br><br>ORDER |

On November 4, 2019, the Court conducted a hearing on the Order to Show Cause filed October 23, 2019. Upon the record made in open court,

ORDERED:

1. The Order to Show Cause[1] is taken under advisement.

---

[1] Doc. 11.

2. The parties are to meet and confer and submit to the Court on or before 4:45 p.m. on November 29, 2019, a joint report informing the Court of the status of efforts, if any, to attempt to reach a mutually acceptable program for settlement of all issues and global resolution of this matter.

DATED this 4th day of November, 2019.

*Sam E Haddon*

SAM E. HADDON
United States District Judge