# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, JAMES SMITH, PAMELA MARY STARKE, ESTATE OF CLYDE R. SMITH JR., CLYDE SMITH COMPANY, ESTATE OF GILMER H. SMITH, SMITH BROTHERS RANCH, MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>Defendants. | No. CV-19-27-BU-SEH<br><br>ORDER |

Defendants Estate of Jack R. Smith, Marvin Miller, Estate of Clyde R. Smith, Jr. and Edward Jones Trust Company have appeared through counsel.[1]

Defaults of Defendants James Smith, Pamela Mary Starke, Clyde Smith Company, Smith Brothers Ranch and the Estate of Gilmer H. Smith were entered on April 3, 2020.[2]

---

[1] *See* Docs. 9, 10 and 18.

[2] *See* Doc. 39.

On March 6, 2020, Plaintiff filed a Motion for Entry of Default Judgment and to Vacate Hearing.[3]

ORDERED:

That Defendants James Smith, Pamela Mary Starke, Clyde Smith Company, Smith Brothers Ranch and the Estate of Gilmer H. Smith have and receive no recovery in this action. All are hereby DISMISSED WITH PREJUDICE.

DATED this 6th day of April, 2020.

SAM E. HADDON
United States District Court

---

[3] Doc. 40.