# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, ESTATE OF CLYDE R. SMITH JR., MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>　　　　Defendants. | No. CV-19-27-BU-SEH<br><br>**ORDER** |

In accordance with this Court's Administrative Order 20-18 entered on April 10, 2020, regarding COVID-19, closing all United States District Court courthouses in Montana, including the Paul G. Hatfield Courthouse, in Helena, Montana, to the public through May 29, 2020, and the CARES Act, H.R. 748, signed into law by President Trump on March 27, 2020,

ORDERED:

The Court will conduct the preliminary pretrial conference set for May 26, 2020, via telephone.

Counsel shall file a notice on or before May 21, 2020, stating the telephone number at which they may be reached for the call.

DATED this 16th day of April, 2020.

*[signature]*
SAM E. HADDON
United States District Court