# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>       Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, ESTATE OF CLYDE R. SMITH JR., MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>       Defendants. | No. CV-19-27-BU-SEH<br><br>**ORDER** |

Principal Life Insurance Company's Unopposed Motion to Continue Preliminary Pretrial Conference and Associated Deadlines[1] is GRANTED in PART as follows:

1.    The preliminary pretrial conference set for May 26, 2020, and the deadlines in the Court's Order of April 6, 2020,[2] are VACATED.

---

[1] Doc. 47.

[2] Doc. 45.

2. Principal Life Insurance Company may have up to and including June 25, 2020, to file and serve an amended complaint.

DATED this 20th day of April, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Court