# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　　Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, ESTATE OF CLYDE R. SMITH JR., MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>　　　　Defendants. | No. CV-19-27-BU-SEH<br><br>**ORDER** |

　　　　Pending before the Court is Interpleader-Plaintiff's Joint Report and Motion to Dismiss Interpleader-Plaintiff,[1] filed September 25, 2020.

　　　　On November 13, 2020, the Court referred this case to Magistrate Judge John Johnston for a settlement conference,[2] now scheduled for December 14, 2020.[3]

---

[1] *See* Doc. 79.

[2] *See* Doc. 101.

[3] *See* Doc. 103.

ORDERED:

The Motion to Dismiss Interpleader-Plaintiff[4] is DENIED without prejudice to refiling if no settlement is reached at the December 14, 2020, conference.

DATED this 2nd day of December, 2020.

*signature*

SAM E. HADDON
United States District Court

---

[4] *See* Doc. 79.