# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, ESTATE OF CLYDE R. SMITH JR., MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>Defendants. | No. CV-19-27-BU-SEH<br><br>**ORDER** |

On July 16, 2019, the Court issued its Order authorizing interpleader deposit of $93,311.77 in this case.[1]

On July 23, 2019, Browing, Kaleczyc, Berry & Hoven, P.C., deposited $95,650.96 with the Clerk of Court in this case.

Notice of settlement of the case was received on December 14, 2020.[2]

---

[1] *See* Doc. 7.

[2] *See* Doc. 108.

On January 13, 2021, the parties filed a Stipulation.[3]

Disbursement of funds deposited with the Clerk of Court requires filing a motion in compliance with Local Rule 67.2. No such motion has been filed.

ORDERED:

The parties shall have to and including January 22, 2021, in which to resubmit a motion and proposed order to distribute funds in compliance with Local Rule 67.2.

DATED this 14th day of January, 2021.

SAM E. HADDON
United States District Court

---

[3] Doc. 109.