IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>        Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, ESTATE OF CLYDE R. SMITH JR., MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>        Defendants. | No. CV-19-27-BU-SEH<br><br>ORDER |

On January 21, 2021, Plaintiff filed a Motion for Leave to File Motion Under Seal.[1] It fails to comply with Local Rule 67.2 as ordered.

---

[1] *See* Doc. 111.

ORDERED:

The Motion for Leave to File Motion Under Seal[2] is DENIED.

It may be refiled if in full compliance with all rules of this Court, including, Local Rule 67.2, as ordered, on or before January 27, 2021.

DATED this 22nd day of January, 2021.

SAM E. HADDON
United States District Court

---

[2] *See* Doc. 111.