IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>       Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, ESTATE OF CLYDE R. SMITH JR., MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>       Defendants. | No. CV-19-27-BU-SEH<br><br>ORDER |

      A document submitted by Plaintiff and denominated as "Unopposed Motion to Distribute Funds (Redacted) and Dismiss"[1] has been filed.

      Local Rule 67.2(b) requires a motion seeking Court order for money to be disbursed must include: (1) certain information required by the language of the rule; and (2) that the party filing the motion "must file a redacted version of its

---

[1] Doc. 113.

motion in the public record . . . and an unredacted version under seal."[2]

The filing does not reflect that an unredacted version of the motion was filed under seal as required under Local Rule 67.2(b).

ORDERED:

As directed in this Court's Order of January 22, 2021,[3] Plaintiff is directed to refile the motion in compliance with the requirements of Local Rule 67.2(b).

DATED this 25th day of January, 2021.

SAM E. HADDON
United States District Court

---

[2] L.R. 67.2(b).

[3] Doc. 112.