# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>      Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, ESTATE OF CLYDE R. SMITH JR., MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>      Defendants. | No. CV-19-27-BU-SEH<br><br>**ORDER** |

On February 4, 2021, the parties were directed to proceed with submission of filings to effect completion of distribution of funds on deposit with the Clerk of Court in this case.

ORDERED:

The parties shall proceed without further delay with all filings necessary to

complete distribution of funds on deposit with the Clerk of Court as directed.

DATED this 9th day of February, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Court