IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, ESTATE OF CLYDE R. SMITH JR., MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>Defendants. | No. CV-19-27-BU-SEH<br><br>**ORDER** |

Issues presented by the filings at Docket 113 and Docket 115 having been resolved by Dockets 120 and 121:

ORDERED:

Plaintiff's Unopposed Motion to Disburse Funds (Redacted) and Dismiss

and Motion for Leave to File Under Seal are DENIED AS MOOT.[1]

DATED this 16th day of February, 2021.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court

---

[1] *See* Docs. 113 and 115.