IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>   Interpleader-Plaintiff,<br><br>vs.<br><br>ESTATE OF JACK R. SMITH, ESTATE OF CLYDE R. SMITH JR., MARVIN MILLER, EDWARD JONES TRUST COMPANY, and JOHN DOES 1-10,<br><br>   Defendants. | No. CV-19-27-BU-SEH<br><br>ORDER |

On February 11, 2021, Defendant Estate of Jack R. Smith filed: (1) an Unopposed Motion to Distribute Funds (Redacted);[1] and (2) an unredacted version of the motion under seal.[2]

ORDERED:

1.  The Unopposed Motion to Distribute Funds (Redacted)[3] is

---

[1] *See* Doc. 120.

[2] *See* Doc. 121.

[3] *See* Doc. 120.

GRANTED.

FURTHER ORDERED:

2. The funds on deposit in the Registry of the Court in the amount of $95,650.96, plus any interest accrued to date of disbursement, after deduction of a fee in an amount not to exceed that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts, shall be disbursed as follows:

    a. To Payee Defendant Estate of Jack R. Smith c/o John Warren, Attorney at Law in the principal amount of $30,000.00 plus 0% of any accrued interest to date of disbursement.

    b. To Payee Defendant Edward Jones Trust Company, Attn: Gabrielle Freid in the principal amount of $65,650.96 plus 100% of any accrued interest to date of disbursement.

3. Each Payee shall file and provide to the clerk and to other parties written acknowledgment of the distribution upon receipt.

4.  Upon filing and receipt by the Clerk of the written acknowledgment(s) of the distributions as ordered, the Clerk is directed to close the case.

DATED this _16th_ day of February, 2021.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court